**Yitzchak Zelman, Esq., (Admitted Pro Hac Vice)**
**MARCUS & ZELMAN, LLC**
**701 Cookman Avenue, Suite 300**
**Asbury Park, New Jersey 07712**
**Tel:  (732) 695-3282**
**Fax: (732) 298-6256**
**Email: yzelman@marcuszelman.com**
**Attorneys for Plaintiff**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **BRUCE BEGG, on behalf of himself and all others similarly situated,** | **C.A. No.: 3:20-cv-04247-JD** |
| **Plaintiff** | |
| -against- | **NOTICE OF SETTLEMENT** |
| **PET FOOD EXPRESS, LTD.,** | |
| **Defendant** | |

Plaintiff hereby provides notice to the Court that the parties have reached an agreement in principle to settle all of Plaintiff's claims against Defendant in this action.   Counsel for the parties are in the process of finalizing the settlement agreement. The parties intend on filing the Stipulation of Dismissal once the agreement is finalized and signed by the parties and the payment is received by

Plaintiff. The parties anticipate filing the dismissal papers within the next sixty (60) days.

Accordingly, Plaintiff respectfully requests that the Court vacate all deadlines previously set.

Dated:        October 15, 2020              MARCUS & ZELMAN, LLC


                                            By:    /s/ Yitzchak Zelman
                                                   Yitzchak Zelman, Esq.