Yitzchak Zelman, Esq., (Admitted Pro Hac Vice)
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel: (732) 695-3282
Fax: (732) 298-6256
Email: yzelman@marcuszelman.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE BEGG, on behalf of himself and all others similarly situated,<br><br>Plaintiff<br><br>-against-<br><br>PET FOOD EXPRESS, LTD.<br><br>Defendant | C.A. No.: 3:20-cv-04247-JD<br><br><br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of his claims against Defendant in the above-captioned matter. The dismissal is with prejudice to the Plaintiff's individual claims and without prejudice to the claims of the proposed class. A proposed Order of Dismissal is annexed hereto as Exhibit A.

Dated:          October 21, 2020

| | |
|---|---|
| /s/ Yitzchak Zelman | /s/ Christian Edward Baker |
| Yitzchak Zelman, Esq. | Christian Edward Baker, Esq. |
| Marcus & Zelman, LLC | Manatt, Phelps & Phillips, LLP |
| 701 Cookman Avenue, Suite 300 | One Embarcadero Center |
| Asbury Park, NJ 07712 | San Francisco, CA 94111 |
| Office:    (732) 695-3282 | Office:   (415) 291-7400 |
| Fax:         (732) 298-6256 | Fax:        (415-291-7474 |
| yzelman@marcuszelman.com | cbaker@manatt.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Bruce Begg* | *Pet Food Express, Ltd.* |