IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE BEGG, on behalf of himself and all others similarly situated,<br><br>Plaintiff<br><br>-against-<br><br>PET FOOD EXPRESS, LTD.,<br><br>Defendant | C.A. No.: 3:20-cv-04247-JD<br><br>**DISMISSAL ORDER** |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' October 21, 2020 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No: **3:20-cv-04247-JD**, are dismissed;

THAT the dismissal is with prejudice to the Plaintiff's individual claims and without prejudice to the claims of the proposed class; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS 22nd day of October, 2020.**

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE